United States District Court
Northern District of Georgia
Atlanta Division

| | |
|---|---|
| Candice Y. Carley<br>Plaintiff<br><br>vs<br><br>Seterus, INC.<br>Defendant | Civil Action<br>File NO:1:16-cv-02184-cc<br>LTW |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 01 2016
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Plaintiffs motion to order A
EMERGENCY Restraining order

Comes Now Plaintiff, Candice Y. Carley, a Cobb County resident, owning property within the county, proceeding in propria persona in Sui Juris, to file this as an EMERGENCY motion to order a Temporary restraining order to stop and or/ prevent the foreclosure of Plaintiff home/property located at 4757 Cheviot Way, SE, Smyrna

6A 30080.

Candice Carley
770-286-2197

6A 30080.    pg. 1 of 2